United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Crowley, Sean Michael |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, August 20, 2015 |
| Re: | 01:15-CV-00718-RP / Doc # 4 / Filed On: 08/19/2015 02:51 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Cover page with proper heading, case style, case number and document title must accompany the state court records. Additionally it must contain a certificate of service.