IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERTO MARROQUIN | § | |
| | § | |
| V. | § | A-15-CV-718-AWA |
| | § | |
| FLINTCO, INC. | § | |

## ORDER

Before the Court is Defendant Flintco, Inc.'s Motion [to] Designate Neihi Glass, Inc. as Responsible Third Party, Dkt. No. 16. The Motion lacks a certification that the parties conferred before Flintco filed it, as required by Local Rule CV-7 (i). The Court contacted counsel for Flintco on February 16, 2016, informing him that he should confer with opposing counsel if he had not already done so, and file an amended motion identifying in the body of the motion that the parties had conferred and indicating whether hte motion is opposed or unopposed. Counsel responded to the email but has not filed an amended motion. Regardless, the Plaintiff Roberto Marroquin has not responded to the motion, which was originally filed on January 15, 2016. As such, the Court will consider the motion as unopposed and hereby **GRANTS** Defendant Flinco Inc.'s Motion [to] Designate Neihi Glass, Inc. as Responsible Third Party, Dkt. No. 16.

SIGNED this 25 day of March, 2016.

_____

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE