United States District Court

Western District of Texas

Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Ackie, Melissa Jeanine |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, April 07, 2016 |
| Re: | 01:15-CV-00718-AWA / Doc # 21 / Filed On: 04/06/2016 03:58 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.**  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**



(1) Other
   Remarks: Certificate of service reflects service of document via CM/ECF.  Not all parties to this case are registered to receive electronic notification.  Please submit a new certificate of service ONLY as a separate document IN PLEADING FORM stating the alternate means of service to parties who did not receive service by electronic means.