IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERTO MARROQUIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:15-CV-00718 |
| FLINTCO, INC., | § § | JURY |
| Defendant. | § § | |

## ORDER

On this day came for consideration the *Motion for Summary Judgment* filed by Defendant Flintco, LLC, improperly named as Flintco, Inc. in the above-captioned matter. After considering Defendant Flintco, Inc.'s *Motion for Summary Judgment*, Plaintiff's Response, Defendant's Reply, the summary judgment evidence, and the pleadings on file the Court finds that Defendant Flintco, Inc.'s Motion for Summary Judgment is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant Flintco, Inc.'s Motion for Summary Judgment is GRANTED and that Plaintiff Roberto Marroquin take nothing by his claims against Defendant Flintco, Inc.

**SIGNED** this _____ day of _____, 2015.

_____
**HONORABLE ANDREW W. AUSTIN**
**UNITED STATES MAGISTRATE JUDGE**