IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERTO MARROQUIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:15-CV-00718 |
| FLINTCO, INC., | § § | JURY |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE ANDREW W. AUSTIN:

1. This case is set for trial on November 7, 2016 in the United States District Court for the Western District of Texas, Austin Division. The pretrial conference for this case is set for October 31, 2016.

2. The parties hereby give notice to the Court that they have reached a confidential agreement resolving all remaining issues in the case.

3. By virtue of the parties' confidential agreement, there is no need for trial in this matter. Upon completion of the confidential agreement, the parties will be filing an agreed motion to dismiss.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request the Court take notice that the parties have reached a confidential agreement to resolve all issues in this case, and release the November 7, 2016, trial date and October 31, 2016, pretrial conference.

Respectfully submitted,


THOMPSON, COE, COUSINS & IRONS, L.L.P.


By: */s/ Sean M. Crowley*
 Jeff D. Otto
 State Bar No. 15345500
 Sean M. Crowley
 State Bar No. 24056955
 Melissa J. Ackie
 State Bar No. 24088686

701 Brazos, Suite 1500
Austin, Texas 78701
Telephone: (512) 708-8200
Telecopy: (512) 708-8777
Email: jotto@thompsoncoe.com
Email: scrowley@thompsoncoe.com
Email: mackie@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

KOMIE & MORROW, LLP


By: */s/ Scott J. Braden*
 Scott J. Braden
 State Bar No. 24067525
 Christopher T. Morrow
 State Bar No. 00791307

7703 N. Lamar Blvd., Suite 410
Austin, Texas 78752
512-338-0900 – Phone
512-338-0902 – Fax
Email: scott@komieandmorrow.com
Email: chris@komieandmorrow.com

**ATTORNEYS FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERTO MARROQUIN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:15-CV-00718 |
| FLINTCO, INC., | § § § | JURY |
| Defendant. | § | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th of September, 2016, a copy of the Notice of Settlement was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the attorneys listed below:

Scott J. Braden
Christopher T. Morrow
Komie & Morrow, LLP
7703 N. Lamar Blvd., Suite 410
Austin, Texas  78752
512-338-0900 – Phone
512-338-0902 – Fax

                                                         /s/  Sean M. Crowley_____
                                                         Sean M. Crowley
                                                         Texas Bar No. 24056955