UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ROBERT MARROQUIN** | § § | |
| **V.** | § § § | A-15-CV-718-AWA |
| **FLINTCO, INC.** | § | |

### ORDER

The Parties have notified the Court that they have settled the case. Accordingly, all pre-trial and trial settings in this case are **HEREBY CANCELED**. The Parties are further relieved from filing any pre-trial documents with the Court. However, the Parties are **ORDERED** to file a Joint Motion to Dismiss by **Monday, October 10, 2016.**

SIGNED this 9th day of September, 2016.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE